# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| JORGE LUIS TORRES, MARIA HERNANDEZ, and CLAUDIO HERNANDEZ on behalf of themselves and similarly situated individuals, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 17-cv-614 |
| v. | ) ) | Judge Pallmeyer |
| FINCA FOODS, INC., and RICHARD M. CRANE | ) ) ) | Magistrate Judge Schenkier |
| Defendants. | ) | |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The parties having reached a settlement in this matter, the Parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this lawsuit without prejudice with such dismissal to automatically convert to with prejudice on August 14, 2017.

Respectfully submitted,

**For Plaintiff:**
Alvar Ayala
Workers' Law Office, P.C.
53 W. Jackson Blvd, Suite 701
Chicago, IL 60604
(312) 795-9121

**For Defendants:**
William J. Provenzano
William J. Provenzano and Associates, Ltd.
1580 S. Milwaukee Ave., Suite 520
Libertyville, IL  60048
(847) 816-6588

July 26, 2017

1